# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE: Edith C. Maroun ) | |
| Debtor ) | Chapter 13 |
| ) | |
| ) | Case No. 08-13121-mwv |
| Edith C. Maroun, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| The New York Mortgage Company, LLC; ) | Adv. Pro. No. 09-1109-MWV |
| Fremont Investment & Loan; Fremont General ) | |
| Corporation; Litton Loan Servicing L.P. and ) | |
| Deutsche Bank National Company as Trustee, ) | |
| ) | |
| Defendants. ) | |

## **NOTICE OF HEARING**

You are hereby notified that the above-named debtor has filed a Chapter 13 case. The debtor has filed Motion to Dismiss Defendant, Freemont General Corporation from Adversarial Proceeding. A copy of this Motion is attached hereto.

The hearing for this motion shall be held on **September 22, 2009 at 10:30 A.M.** at the United States Bankruptcy Court, 1000 Elm Street, Courtroom 1, Manchester, New Hampshire.

DATED this 29th day of July, 2009 at Methuen, Massachusetts.

/S/ George C. Maroun Jr.
George C. Maroun Jr., Esq.
5 Pleasant Street
Methuen, MA 01844
Tel. (978) 237-5837
gmaroun@marounlaw.com
BNH# 06921