# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE: Edith C. Maroun ) | |
| Debtor ) | Chapter 13 |
| ) | |
| ) | Case No. 08-13121-mwv |
| Edith C. Maroun, ) | |
| Plaintiff, ) | |
| vs. ) | |
| The New York Mortgage Company, LLC; ) | Adv. Pro. No. 09-1109-MWV |
| Fremont Investment & Loan; Fremont General ) | |
| Corporation; Litton Loan Servicing L.P. and ) | |
| Deutsche Bank National Company as Trustee, ) | |
| Defendants. ) | |

## ORDER RE:
### MOTION TO DISMISS DEFENDANT FREEMONT GENERAL CORPORATION FROM ADVERSARIAL PROCEEDING

After a hearing and consideration of the Debtor's Motion to Dismiss Defendant Freemont General Corporation from Adversarial Proceeding, filed by your Debtor Edith C. Maroun, said Motion is hereby

GRANTED.

September 22, 2009  /s/ Mark W. Vaughn
Date  Hon. Mark W. Vaughn, Chief Judge, US
 Bankruptcy Court, District of New Hampshire