UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EDITH C. MAROUN ) | Ch. 13 BK NO.: 08-13121-MWV |
|     Debtor, ) | |
| ) | |
| EDITH C. MAROUN ) | |
|     Plaintiff, ) | |
| ) | Adv. Pro. No.: 09-01109-MWV |
| v. ) | |
| ) | |
| THE NEW YORK MORTGAGE ) | |
| COMPANY, LLC; FREMONT ) | |
| INVESTMENT & LOAN; FREMONT ) | |
| GENERAL CORPORATION; LITTON ) | |
| LOAN SERVICING L.P. and DEUTSCHE ) | |
| BANK NATIONAL COMPANY as ) | |
| TRUSTEE ) | |
|     Defendants. ) | |

### ASSENTED TO MOTION EXTENDING TIME FOR FREMONT REORGANIZING CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT

Now comes Defendant, Fremont Reorganizing Corporation f/k/a Fremont Investment & Loan ("Fremont/Defendant"), and hereby moves this Court for an Order allowing Fremont up to and including **October 16, 2009** within which to answer or otherwise respond to Plaintiff's Complaint. In support of this Motion, the Defendant states that the Plaintiff assents to this motion and none of the parties will be prejudiced by allowance of this motion.

**WHEREFORE,** the Defendant, Fremont Reorganizing Corporation, respectfully requests that this Court grant this assented-to motion to enlarge the time for answering or otherwise responding to the Plaintiff's Complaint up to and including October 16, 2009.

Dated: September 25, 2009

        Defendant,

        FREMONT REORGANIZING
        CORPORATION f/k/a FREMONT
        INVESTMENT & LOAN

        By its attorneys,

        */s/ Dean J. Wagner*
        Dean J. Wagner, Esq. (BNH 06983)
        SHECHTMAN HALPERIN SAVAGE, LLP
        1080 Main Street
        Pawtucket, RI 02860
        (401) 272-1400 Telephone
        (401) 272-1403 Facsimile
        dwagner@shslawfirm.com

ASSENTED TO:

Plaintiff,

EDITH C. MAROUN
By his attorney,

*/s/ George C. Maroun, Jr.*
George C. Maroun, Jr. (BNH 06921)
Law Office of George Maroun, Jr.
5 Pleasant Street
Methuen, MA 01884
(978) 237-5837 Telephone
gmaroun@marounlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of September 2009, that I have caused the within Assented to Motion to Extend Time to Respond to Plaintiff's Complaint to be filed with the Court via the ECF filing system. As such, this document will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                                                                  */s/ Dean J. Wager*