UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE:<br><br>EDITH C. MAROUN<br>    Debtor, | Ch. 13 BK NO.: 08-13121-MWV |
| EDITH C. MAROUN<br>    Plaintiff,<br><br>v.<br><br>THE NEW YORK MORTGAGE COMPANY, LLC; FREMONT INVESTMENT & LOAN; FREMONT GENERAL CORPORATION; LITTON LOAN SERVICING L.P. and DEUTSCHE BANK NATIONAL COMPANY as TRUSTEE<br>    Defendants. | **Adv. Pro. No.: 09-01109-MWV** |

## ORDER

Upon the Assented to Motion to Extend Time (the "Motion"), the Court having reviewed the Motion and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED, ADJUDGED, AND DECREED:**

1. The Motion is GRANTED.

2. The deadline for Fremont Reorganizing Corporation f/k/a Fremont Investment & Loan to answer or otherwise respond to the Plaintiff's Complaint, is hereby extended to October 16, 2009.

Dated: September 28, 2009

/s/ Mark W. Vaughn
Mark W. Vaugn, Chief Judge
U.S. Bankruptcy Court
District of New Hampshire